UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER THORNBERRY, an
individual,

      Plaintiff,

vs.                            CASE NO.: 2:20-cv-678-FtM-38NPM

U.S. WATER SERVICES
CORPORATION, a Florida profit
corporation,

      Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

      Plaintiff, Christopher Thornberry, by and through undersigned counsel, hereby discloses the following:

1.)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      Christopher Thornberry, Bradley P. Rothman, Richard L. Weldon, II, Weldon & Rothman, P.L., and U.S. Water Services Corporation.

2.)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None.

3.)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      None.

4.)     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Christopher Thornberry

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 17, 2020

s/ Bradley P. Rothman
Bradley P. Rothman
Florida Bar No. 0677345
brothman@weldonrothman.com
WELDON & ROTHMAN PL
2548 Northbrooke Plaza Drive
Naples, FL 34119
Tel: (239) 262-2141
Fax: (239) 262-2342
*Counsel for Plaintiff*