UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER THORNBERRY, an individual

      Plaintiff,

v.                                                        Case No.: 2:20-cv-678-FtM-38NPM

U.S. WATER SERVICES CORP.,

      Defendant.
_____/

## **ORDER**[1]

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 10). Plaintiff Christopher Thornberry has sued Defendant U.S. Water Services Corporation for violating the Fair Labor Standards Act. But the parties have since resolved Plaintiff's claims without compromise and negotiated separately attorneys' fees and without regard to the amount paid to Plaintiff. The Court thus need not review and approve the settlement for fairness. *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982). Also, the parties have signed the Joint Stipulation of Dismissal, so the Court will dismiss this case with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) The above-captioned case is **DISMISSED with prejudice**.

(2) The Clerk of Court is **DIRECTED** to enter judgment, terminate all pending deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 14, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record